1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   SIMON F. KUNG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6265/ Fax: 702.388.6418
5  simon.kung@usdoj.gov
   *Attorneys for the United States*

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8

9  IN THE MATTER OF THE SEARCH OF         Magistrate No. 2:20-mj-00758-EJY
   THE CELLULAR TELEPHONE
10 ASSIGNED CALL NUMBER 702-969-4476      **GOVERNMENT'S MOTION TO
                                          UNSEAL CASE**

11

12
       The United States of America respectfully moves this Court for an Order to UNSEAL the
13
   instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the
14
   above-captioned case and all related documents in anticipation of producing the same as
15
   discovery in Case No. 2:20-cr-00217-GMN-EJY.
16

17     DATED this 9th day of September, 2020.

18                                              Respectfully submitted,
                                                NICHOLAS A. TRUTANICH
19                                              United States Attorney

20
                                                /s/ Simon F. Kung
21                                              SIMON F. KUNG
                                                Assistant United States Attorney
22

23

24

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 702-969-4476 | Magistrate No. 2:20-mj-00758-EJY<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 10th day of September, 2020.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2